SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2010 MAY -6  P 2: 27

CF
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

LEMISSOLER SHIPMANAGEMENT, Ltd.
and
VOLODYMYR NIKOLAYEV

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:10-mj-86-JHR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

(1) On or about and between February 1, 2010 and February 5, 2010, in Eastport, Maine and elsewhere, in the District of Maine, the defendants, Lemissoler Shipmanagement, Ltd., and Volodymyr Nikolayev, knowingly and willfully made and used, and caused to be made and used, a false document, specifically, an Oil Record Book, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, in a matter within the jurisdiction of the United States Coast Guard, an agency of the executive branch of the Government of the United States, in violation of 18 U.S.C. Sections 1001(a)(3) and 2;

(2) On or about February 1, 2010, in Eastport, Maine, and elsewhere, in the District of Maine, the defendants, Lemissoler Shipmanagement, Ltd., and Volodymyr Nikolayev, knowingly altered, and caused to be altered, a tangible object, specifically a cross-connecting valve aboard the M/V Margit Gorthon, with the intent to impede, obstruct, and influence the investigation and proper administration of, and in relation to and contemplation of, a matter within the jurisdiction of the United States Coast Guard, a department and agency of the United States, in violation of 18 U.S.C. Sections 1519 and 2; and

(3) On or about and between February 1, 2010 and February 26, 2010, in Eastport, Maine and elsewhere, in the District of Maine, the defendants, Lemissoler Shipmanagement, Ltd., and Volodymyr Nikolayev, corruptly obstructed and endeavored to corruptly influence, obstruct, and impede the due and proper administration of the law under which a pending proceeding is being had before the United States Coast Guard, a department and agency of the United States, in violation of 18 U.S.C. Sections 1505 and 2.

I further state that I am a Special Agent of the Coast Guard Investigative Service of the United States Coast Guard and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Special Agent Ronald F. Volk
Coast Guard Investigative Service

Sworn to before me and subscribed in my presence,

May 6, 2010 at 2:10 pm
Date and Time Issued

John H. Rich III
United States Magistrate Judge